# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DEBBIE TONITA PURIFOY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CA 16-0538-CG-MU |
| JEFFERSON S. DUNN, Commissioner of the Alabama Department of Corrections, | ) ) ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 7, 2017, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE