IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBBIE TONITA PURIFOY,** | ) |
| Petitioner, | ) ) ) |
| vs. | ) CA 16-0538-CG-MU ) |
| **JEFFERSON S. DUNN,** Commissioner of the Alabama Department of Corrections, | ) ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's rights were not violated in this cause and that her request for federal habeas corpus relief, pursuant to 28 U.S.C. § 2254 (Doc. 1), should be **DENIED**. Purifoy is not entitled to a certificate of appealability and, therefore, she is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 25th day of May, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE